**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No.   CV 11-1553-PHX-JAT (JFM) |
|   Plaintiff/Respondent, | ) | CR 07-0798-PHX-JAT |
| vs. | ) | **ORDER** |
| Armando Ramirez-Valadez | ) | |
|   Defendant/Movant. | ) | |

Pending before the Court is Movant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. 1). The Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. 6) recommending that the Motion be denied.

Neither party has filed objections to the R&R. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Accordingly,

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 6) is **ACCEPTED and ADOPTED**;

**IT IS FURTHER ORDERED** that Movant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. 1) is **DENIED WITH PREJUDICE**; and the Clerk of the Court shall enter judgment accordingly.

**IT IS FURTHER ORDERED**, consistent with the unobjected-to recommendation in the R&R, and in the event movant files an appeal, the Court denies issuance of a certificate of appealability because jurists of reason would not find the procedural rulings debatable and Movant has not made a substantial showing of the denial of a constitutional right on the remaining claims.

DATED this 12th day of April, 2012.

*/s/ James A. Teilborg*
James A. Teilborg
United States District Judge